| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | GRANT P. FONDO (CABN 181530)<br>JEFFREY D. NEDROW (CABN 161299) |
| 5 | Assistant United States Attorneys |

United States Attorney's Office
150 Almaden, Suite 900
San Jose, CA 95113
Telephone: (408)-535-5084
Facsimile: (408) 535-5066
E-Mail: grant.fondo@usdoj.gov
  jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No.: 09-00096-LHK |
|---|---|---|
| Plaintiff, | ) | STIPULATION #2–PHOTOGRAPHS AND MAPS |
| v. | ) | |
| NELSON ORELLANA, | ) | |
| Defendant. | ) | |

The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, Grant P. Fondo and Jeffrey D. Nedrow, Assistant United States Attorneys, and Nelson Orellana, by and through his attorney Phil Vaughns, hereby agree and stipulate to the following:

1. Exhibit 5 is a true and accurate photograph of a white Toyota pick-up, CA license plate #7S62115, as it appeared on January 13, 2009.

2. Exhibit 6 is a true and accurate photograph of a white F-150 pick-up truck, CA license plate #8D84227, as it appeared on January 13, 2009.

3. Exhibit 7 is a true and accurate photograph of a white F-150 pick-up truck, CA license plate #8D84227, as it appeared on January 13, 2009.

4. Exhibit 8 is a true and accurate photograph of a black Honda, CA license plate #4VRT487, as it appeared on January 13, 2009.

5. Exhibit 9 is a true and accurate photograph of a cocaine brick found in the black Honda, CA license plate #4VRT487, as it appeared on January 13, 2009.

6. Exhibit 10 is a true and accurate photograph of a cocaine brick found in the black Honda, CA license plate #4VRT487, as it appeared on January 13, 2009.

7. Exhibit 11 is a true and accurate photograph of Luis Gomez as he appeared on January 13, 2009.

8. Exhibit 12 is a true and accurate photograph of Baldamar Landa as he appeared on January 13, 2009.

9. Exhibit 13 is a true and accurate photograph of Teodoro Landa as he appeared on January 13, 2009.

10. Exhibit 14 is a true and accurate photograph of Nelson Orellana as he appeared on January 13, 2009.

11. Exhibit 15 is a true and accurate photograph of Mario Martinez as he appeared on January 13, 2009.

12. Exhibit 16 is a true and accurate photograph of the photograph of cash which the informant in this case maintained on his cell phone between November 28, 2009 and January 13, 2009.

13. Exhibit 38 is a map that fairly and accurately depicts the streets around the Lowes hardware store located at 811 East Arques Avenue, Sunnyvale, California.

14. Exhibit 39 is a map that fairly and accurately depicts the parking lot adjacent to the Lowes hardware store located at 811 East Arques Avenue, Sunnyvale, California.

15. Exhibit 82 is a true and accurate photograph of the residence located at 734 Georgia Avenue, Sunnyvale, California, as it appeared on February 1, 2012.

16. Exhibit 83 is a true and accurate photograph of the residence, and its adjacent gate, located at 734 Georgia Avenue, Sunnyvale, California as it appeared on February 1, 2012.

17. Exhibit 84 is a map that fairly and accurately depicts the streets of East Palo Alto, California and Sunnyvale, California.

18. Exhibit 85 is map that fairly and accurately depicts the north parking lot adjacent to the Lowes hardware store at 811 East Arques Avenue, Sunnyvale, California.

19. The defendant does not object to the admission of United States' Exhibits 5 through 16, 38 and 39, and 82 through 85.

20. The defendant agrees that this stipulation may be read to the jury.

DATED:                                 Respectfully Submitted,

                                          MELINDA HAAG
                                          United States Attorney

/s                                  /s
_____     _____
PHIL VAUGHNS                     GRANT P. FONDO
Attorney for Mauricio Aguilera     JEFFREY D. NEDROW
                                          Assistant United States Attorneys

IT IS SO ORDERED:

*Lucy H. Koh*
_____
HON. LUCY H. KOH
United States District Judge