1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   JEFFREY D. NEDROW (CABN 161299)
5  Assistant United States Attorneys

6     United States Attorney's Office
      150 Almaden, Suite 900
7     San Jose, CA 95113
      Telephone: (408)-535-5084
8     Facsimile: (408) 535-5066
      E-Mail: grant.fondo@usdoj.gov
9             jeff.nedrow@usdoj.gov

10 Attorneys for Plaintiff

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
   UNITED STATES OF AMERICA,        )   CR No.: 09-00096-LHK
14                                  )
              Plaintiff,            )   STIPULATION #4—
15                                  )   TRANSCRIPTS AND TRANSLATIONS
         v.                         )
16                                  )
   NELSON ORELLANA,                 )
17                                  )
              Defendant.            )
18 _____)

19     The United States of America, by and through Melinda Haag, United States Attorney for

20 the Northern District of California, Grant P. Fondo and Jeffrey D. Nedrow, Assistant United

21 States Attorneys, and Nelson Orellana, by and through his attorney Phil Vaughns, hereby agree

22 and stipulate to the following:

23     That as to the recordings and transcripts identified in the government's Exhibit List

24 (Exhibits 43-78), the following stipulations and agreements apply:

25 1.   <u>Audio Recorded Conversations Fairly and Accurately Represent the Conversations</u>

26     That the audio recorded conversations in Exhibits 43-78 were legally obtained recordings.

27 That the audio recorded conversations in Exhibits 43-78 fairly and accurately represent the

28 conversations that occurred and may be received in evidence, without further foundation or

authentication, subject to the possible objections described in paragraph 7 below.

2. <u>Digital Copy Identical to Original Recording</u>

That digital copies of the audio recorded conversations in Exhibits 43-78 are true and accurate copies of the original recordings and may be received in evidence without further foundation or authentication, subject to the possible objections described in paragraph 7 below.

3. <u>Accuracy of the English Language Transcripts</u>

That, as to the transcripts of the audio recorded conversations in Exhibits 43-78, the transcripts of the English language recordings accurately reflect the content of the recordings and may be used as an aid to the jury, subject to the possible objections described in paragraph 7 below.

4. <u>Accuracy of the Spanish Language Transcripts</u>

That, as to the conversations identified in Exhibits 43-78, where the original audio recordings of the conversations were in Spanish, the English translations accurately reflect the translation from Spanish to English. It is further stipulated that the English translations contained on the transcripts and the recordings themselves, may be received in evidence without further foundation or authentication, subject to the possible objections described in paragraph 7 below.

5. <u>Date, Time and Caller</u>

That the transcripts in Exhibits 43-78 accurately reflect the dates and times of the conversations. Where a person was called, the transcript accurately reflects the person who was called. Where an incoming call was received, the transcript accurately reflects from whom the call was received.

6. <u>Voice Identifications are Accurate</u>

That the voices of the parties speaking have been correctly identified in the transcripts of these recordings in Exhibits 43-78.

7. <u>Objections to Admissibility</u>

That the recordings and transcripts in Exhibits 43-78 are admissible at trial without further foundation or authentication and specifically without calling any of the participants to the

conversations, any persons in the chain of custody of these materials, any persons involved in the operation of the recording equipment, and any translators of these conversations. The defendant reserves the right to object to particular recordings and transcripts or portions of recordings and transcripts based on possible objections not involving authentication, foundation, voice identification, best evidence or hearsay, such as relevance.

8. <u>Use of Stipulation</u>

The defendant agrees that this stipulation may be read to the jury.

DATED:                             Respectfully Submitted,

MELINDA HAAG
United States Attorney

/s                                    /s
_____     _____
PHIL VAUGHNS                     GRANT P. FONDO
Attorney for Nelson Orellana       JEFFREY D. NEDROW
                                           Assistant United States Attorneys

IT IS SO ORDERED:

*/s/ Lucy H. Koh*
_____
HON. LUCY H. KOH
United States District Judge