MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorneys

   United States Attorney's Office
   150 Almaden, Suite 900
   San Jose, CA 95113
   Telephone: (408)-535-5084
   Facsimile: (408) 535-5066
   E-Mail: grant.fondo@usdoj.gov
         jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.: 09-00096-LHK |
| Plaintiff, | AMENDED STIPULATION #3–DRUGS |
| v. | |
| NELSON ORELLANA, | |
| Defendant. | |

The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, Grant P. Fondo and Jeffrey D. Nedrow, Assistant United States Attorneys, and Nelson Orellana, by and through his attorney Phil Vaughns, hereby agree and stipulate to the following:

    1.    Cocaine is a Schedule II controlled substance.

    2.    United States' Exhibit 1 was taken from a black Honda, CA license plate #4VRT487, in the Lowe's hardware store parking at 881 East Arques Avenue, Sunnyvale, California on January 13, 2009.

    3.    The defendant does not object to the admission of United States Exhibit 1 on the grounds of chain of custody, hearsay, authenticity or best evidence.

    4.    United States' Exhibit 1 was tested by Forensic Chemist Kacie M. Crowther and

1  found to have a net weight of 993.8 grams of cocaine.

2      5.    United States' Exhibit 1B is the packaging material in which Exhibit 1 was
3  wrapped at the time of its seizure.  The defendant does not object to the admission of United
4  States' Exhibit 1B on the grounds of chain of custody, hearsay, authenticity or best evidence.

5      6.    The defendant agrees that this stipulation may be read to the jury.

DATED:                              Respectfully Submitted,

                                    MELINDA HAAG
                                    United States Attorney


       /s                                  /s
_____         _____
PHIL VAUGHNS                        GRANT P. FONDO
Attorney for Nelson Orellana        JEFFREY D. NEDROW
                                    Assistant United States Attorneys




IT IS SO ORDERED:

_____
HON. LUCY H. KOH
United States District Judge