MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorneys

   United States Attorney's Office
   150 Almaden, Suite 900
   San Jose, CA 95113
   Telephone: (408)-535-5084
   Facsimile: (408) 535-5066
   E-Mail: grant.fondo@usdoj.gov
         jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 09-00096-LHK |
| Plaintiff, ) | AMENDED STIPULATION #7-- |
| v. ) | <u>OTHER DOCUMENTS AND ITEMS</u> |
| NELSON ORELLANA, ) | |
| Defendant. ) | |

The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, Grant P. Fondo and Jeffrey D. Nedrow, Assistant United States Attorneys, and Nelson Orellana, by and through his attorney Phil Vaughns, hereby agree and stipulate to the following:

1. Exhibit of a copy of a Walmart receipt, dated November 28, 2008, found on Nelson Orellana on January 13, 2009.

2. Exhibit 24 is a copy of a Walmart receipt, dated November 28, 2008.

3. Exhibits 23 and 24 are business records, pursuant to Federal Rules of Evidence 803(6) and, as such, the defendant does not object to their admission as evidence in this trial.

4. Exhibit 25 is a notice of violation document found in the possession of Nelson Orellana on January 13, 2009. The defendant does not object to its admission.

5. Exhibit 81 is a Wells Fargo Visa card found in the possession of Nelson Orellana on January 13, 2009. The defendant does not object to its admission.

6. Exhibit 26 is Nelson Orellana's California Identification Card, which was found in the possession of Nelson Orellana on January 13, 2009. The defendant does not object to its admission.

7. Exhibit 28 is a Wells Fargo Bank Statement for Account # 599-3117349, an account with a listed account holder of Nelson O. Orellana.

8. Exhibit 28 is a business record pursuant to Federal Rules of Evidence 803(6) and, as such, the defendant does not object to its admission as evidence in this trial.

9. The defendant agrees that this stipulation may be read to the jury.

DATED: Respectfully Submitted,

MELINDA HAAG
United States Attorney

/s                                          /s
_____        _____
PHIL VAUGHNS                         GRANT P. FONDO
Attorney for Nelson Orellana      JEFFREY D. NEDROW
                                              Assistant United States Attorneys


IT IS SO ORDERED:

_____
HON. LUCY H. KOH
United States District Judge