MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00096 LHK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CHANGING SENTENCING |
| | ) | HEARING FOR TEODORO LANDA |
| TEODORO LANDA, | ) | FROM MARCH 28, 2012, TO MAY 2, |
| | ) | 2012 |
| Defendant. | ) | |
| | ) | |

The United States and defendant Teodoro Landa currently have a sentencing hearing scheduled for March 28, 2012. The defendant's plea agreement, filed under seal, provides in part that the defendant may seek a downward departure pursuant to U.S.S.G. § 5K1.1, provided that he cooperates with the government, including through the trial of his co-defendants. The last defendant in this matter, Nelson Orellana, was convicted on both counts in the superseding indictment on March 20, 2012. Due to the recent verdict and the government's need to evaluate and likely file a motion seeking a downward departure, the parties request that defendant's sentencing hearing be rescheduled to May 2, 2012, at 10:00 9:00 a.m., or, should that date not be available, May 23, 2012.

1    The Probation Officer is available on that date.

2

3    DATED: March 21, 2012                    MELINDA HAAG
                                              United States Attorney
4
                                                  /S/
5
                                              _____
6                                             GRANT P. FONDO
                                              Assistant United States Attorney
7
                                                  /S/
8
                                              _____
                                              WM. MICHAEL WHELAN, JR.
9                                             Counsel for Defendant

10

11   ///

12   ////

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

# ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

ORDERS that sentencing status hearing as to Teodoro Landa is rescheduled to May 2, 2012, at 9:00

~~10:00~~ a.m.

IT IS SO ORDERED.

DATED:    3/22/12

_Lucy H. Koh_
LUCY H. KOH
UNITED STATES DISTRICT JUDGE