MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> NELSON ORELLANA, <br>     Defendant. | No. CR 09-00096 LHK <br><br> STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING SENTENCING HEARING FOR NELSON ORELLANA TO AUGUST 1, 2012 |

The United States and defendant Nelson Orellana's respectfully request that defendant's sentencing hearing be rescheduled to August 1, 2012, to permit additional time for defendant's interview with Probation. The Probation Officer is available on that date.

DATED: May 31, 2012          MELINDA HAAG
                                      United States Attorney

                                      /S/
                                      _____
                                      GRANT P. FONDO
                                      Assistant United States Attorney

                                      /S/
                                      _____
                                      JAMES PHILLIP VAUGHNS
                                      Counsel for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that sentencing status hearing as to Nelson Orellana is rescheduled to August 1, 2012, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 5/31/12



_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

*US v.Orellana,* CR 09-00096 LHK
Stipulation and [~~Proposed~~] Order re Sentencing,