MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00096 LHK |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER RESCHEDULING |
| ) | SENTENCING HEARING FOR NELSON |
| NELSON ORELLANA, ) | ORELLANA TO SEPTEMBER 26, 2012 |
| ) | |
| Defendant. ) | |

The United States and defendant Nelson Orellana's respectfully request that defendant's sentencing hearing be rescheduled to September 26, 2012. The parties received the transcripts relating to Nelson Orellana's testimony, and have established a briefing schedule to provide Probation with the parties' positions regarding a possible obstruction charge. The parties, and Probation, believe the early submission of this information to Probation will assist Probation in its determination, and assist in making the process more efficient.

///

///

///

///

*US v. Orellana,* CR 09-00096 LHK
Stipulation and ~~[Proposed]~~ Order re Sentencing

1  Therefore, the parties, and Probation, require additional time before the defendant's sentencing.
2  The Probation Officer is available on that date.

3  DATED: July 9, 2012                    MELINDA HAAG
                                          United States Attorney

                                               /S/
                                          _____
                                          GRANT P. FONDO
                                          Assistant United States Attorney

                                               /S/
                                          _____
                                          JAMES PHILLIP VAUGHNS
                                          Counsel for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that sentencing status hearing as to Nelson Orellana is rescheduled to September 26, 2012, at 9:00 a.m.

IT IS SO ORDERED.

DATED:  7/9/12

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

*US v.Orellana,* CR 09-00096 LHK
Stipulation and [Proposed] Order re Sentencing