MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> NELSON ORELLANA, <br>     Defendant. | No. CR 09-00096 LHK <br><br> STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING SENTENCING HEARING FOR NELSON ORELLANA TO OCTOBER 31, 2012 |

    The United States and defendant Nelson Orellana's respectfully request that defendant's sentencing hearing be rescheduled from September 26, 2012, to October 31, 2012. Due to Probation needing additional time and the schedule of defense counsel, the parties' request defendant's sentencing be rescheduled to October 31, 2012, or another date convenient for the

///
///
///
///
///
///

*US v. Orellana,* CR 09-00096 LHK
Stipulation and [~~Proposed~~] Order re Sentencing

Court.  The Probation Officer is available on October 31, 2012.

DATED: September 5, 2012    MELINDA HAAG
                            United States Attorney

                                   /S/
                            ───────────────────────
                            GRANT P. FONDO
                            Assistant United States Attorney

                                   /S/
                            ───────────────────────
                            JAMES PHILLIP VAUGHNS
                            Counsel for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that sentencing hearing as to Nelson Orellana is rescheduled to October 31, 2012, at 9:00 a.m.

IT IS SO ORDERED.

DATED:     9/6/12

                            ───────────────────────
                            LUCY H. KOH
                            UNITED STATES DISTRICT JUDGE