1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5035
7     FAX: (408) 535-5066

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                       SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,        )    No.  CR 09-00096 LHK
                                    )
14        Plaintiff,                )    STIPULATION AND [PROPOSED]
15     v.                           )    ORDER RESCHEDULING
                                    )    SENTENCING HEARING FOR NELSON
16 NELSON ORELLANA,                 )    ORELLANA TO NOVEMBER 28, 2012
                                    )
17        Defendant.                )
                                    )
18 _____

19        The United States and defendant Nelson Orellana respectfully request that defendant's

20 sentencing hearing be rescheduled from October 31, 2012, to November 28, 2012 (or other date

21 convenient to the Court), to permit Probation additional time to finalize the presentence report.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

*US v.Orellana,* CR 09-00096 LHK
Stipulation and [Proposed] Order re Sentencing

1     The Probation Officer is available on that date.

2

3     DATED: October 26, 2012            MELINDA HAAG
                                        United States Attorney
4

5                                    /S/

6                              _____
                                   GRANT P. FONDO
7                                    Assistant United States Attorney

8

9                                    /S/

10                              _____
                                   JAMES PHILLIP VAUGHNS
                                   Counsel for Defendant
11

## **ORDER**

12

13       Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

14 ORDERS that the sentencing hearing as to Nelson Orellana is rescheduled to November 28,

15 2012, at 9:00 a.m.

16

17 IT IS SO ORDERED.

18 DATED:     10/29/12                  _____
                                   LUCY H. KOH
19                                    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28